# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE GOMEZ, et al., | Case No. 1:18-cv-00888-LJO-SAB |
| Plaintiffs, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| AMCO INSURANCE CO., | (ECF No. 8) |
| Defendant. | THIRTY DAY DEADLINE |

On August 7, 2018, Defendant filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty days of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**August 8, 2018**__

UNITED STATES MAGISTRATE JUDGE

1