# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE GOMEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMCO Insurance Company, <br><br> Defendant. | Case No. 1:18-cv-00888-LJO-SAB <br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE CASE <br><br> (ECF No. 10) |

Plaintiffs Bruce Gomez and Coriena Gomez filed this action on May 30, 2018 against Defendnt AMCO Insurance Company in Fresno County Superior Court. On June 28, 2018, Defendant removed the action to the Eastern District of California. On April 18, 2018, the parties filed a stipulation dismissing this action with prejudice. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **August 17, 2018**

UNITED STATES MAGISTRATE JUDGE

1